UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JUSTIN H. PHAIR, | ) | CASE NO. C05-0721-JLR-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| ALICE PAYNE, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2254 petition is DENIED, and this action is DISMISSED; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 21st day of November, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL